David R. Isola, Esq., State Bar # 150311
Stephen B. Ardis, Esq. State Bar # 229161
Jeffrey W. Hawkins, Esq., State Bar # 182771
ISOLA LAW GROUP, LLP
405 West Pine Street
Lodi, California 95240
Telephone (209) 367-7055
Facsimile (209) 367-7056

Attorneys for Plaintiff
Raymond Coldani

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND COLDANI, an individual, | Case No.: 07-CV-00660-JAM-EFB |
| Plaintiff, | STIPULATION FOR ORDER EXTENDING TIME FOR SUPPLEMENTAL EXCHANGE OF EXPERT WITNESS DESIGNATIONS |
| v. | AND ORDER THEREON |
| JACK HAMM and PATRICIA HAMM, individually and doing business as LIMA RANCH/DAIRY, | |
| Defendants. | |

**<u>STIPULATION</u>**

The parties hereto, by their respective undersigned counsel, agree and stipulate as follows:

    1.    Pursuant to the Court's current scheduling order in this case, the parties are to complete supplemental designation and disclosure of any rebuttal experts on or before August 21, 2009.

    2.    Discovery is currently pending that may potentially affect the designation of rebuttal experts. Responses to that discovery will be served on or before August 17, 2009.

STIPULATION FOR ORDER EXTENDING TIME
FOR SUPPLEMENTAL EXCHANGE OF EXPERT
WITNESS DESIGNATIONS AND ORDER THEREON   - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

3. In view of the potential relevance of this discovery to the designation of expert witnesses, the parties wish to allow for additional time to designate rebuttal experts.

4. The parties therefore agree and request that the Court's scheduling order be modified to provide that supplemental designation and disclosure of expert witnesses under Fed. R. Civ. P. 26(a) (2)(C) shall be made by September 4, 2009.

SO STIPULATED.

DATED: _____     ISOLA LAW GROUP, LLP

By:_____
    STEPHEN B. ARDIS

Attorneys for Plaintiff

DATED: _____     HERUM CRABTREE

By:_____
    SETH P. SHAPIRO

Attorneys for Defendants

**ORDER**

Good cause appearing, it is so ordered.

DATED: August 3, 2009     /s/ John A. Mendez
    U.S. DISTRICT COURT JUDGE

STIPULATION FOR ORDER EXTENDING TIME
FOR SUPPLEMENTAL EXCHANGE OF EXPERT
WITNESS DESIGNATIONS AND ORDER THEREON   - 2 -

PDF created with pdfFactory trial version www.pdffactory.com