JENNIFER ANNE SCOTT, SBN: 204234
SETH P. SHAPIRO, SBN: 253882
HERUM CRABTREE
*A California Professional Corporation*
2291 West March Lane, Suite B-100
Stockton, CA 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

Attorneys for Defendants
JACK HAMM and PATRICIA HAMM,
individually and dba Lima Ranch/Dairy

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND COLDANI, an individual, | Case No: 07-CV-660-JAM-EFB |
| Plaintiff, | **STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER** |
| vs. | **AND ORDER THEREON** |
| JACK HAMM and PATRICIA HAMM, Individually and doing business as LIMA RANCH/DAIRY, | **Judge: Honorable John A. Mendez** |
| Defendant. | |

Defendants, Jack Hamm and Patricia Hamm, individually and dba Lima Ranch/Dairy (collectively "Lima Ranch") and Plaintiff Raymond Coldani ("Coldani") jointly request that the Court modify the scheduling order entered by the Court on February 21, 2008 ("Scheduling Order"), as modified by the Stipulation For Order Extending Time For Supplemental Exchange of Expert Witness Designations and Order Thereon, entered by the Court on August 3, 2009 ("Stipulated Order"), according to their stipulation set forth below.

## STIPULATION

The parties, by and through their undersigned counsel, stipulate and agree to modify the Scheduling Order dated February 21, 2008, as modified by the Stipulated Order, in this action as follows:

1. Supplemental or Expert Rebuttal Reports shall be served by November 11, 2009;

1

**STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER**

**AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

2. All discovery shall be completed by December 9, 2009;

3. All dispositive motions shall be filed by January 6, 2010;

4. The last day on which dispositive motions may be heard is February 3, 2010 at 9:00 a.m.;

5. The joint pre-trial statement must be filed with the Court by March 19, 2010;

6. The final pre-trial conference shall be held on March 26, 2010 at 2:00 p.m.;

7. Jury trial shall commence on May 3, 2010 at 9:00 a.m.

DATED: August __, 2009                    HERUM CRABTREE
                                          *A California Professional corporation*

                                    By    ___/s/ Jennifer Anne Scott_____
                                          Jennifer Anne Scott
                                          Attorneys for Defendants Jack Hamm and
                                          Patricia Hamm, individually and dba Lima
                                          Ranch/Dairy


DATED: August __, 2009                    ISOLA LAW GROUP, L.L.P.


                                    By    /s/ Stephen B. Ardis (as authorized on 8/__/09)
                                          Stephen B. Ardis Attorneys for Plaintiff
                                          Raymond Coldani

Good cause appearing, IT IS SO ORDERED.

**Dated:  August 27, 2009**

                                    **/s/ John A. Mendez_____**
                                    HONORABLE JOHN A. MENDEZ

2

**STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER**

**AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com