IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND COLDANI,

      Plaintiff,                            No. CIV S-07-0660 JAM EFB

    vs.

JACK HAMM and PATRICIA HAMM,
individually and doing business as
LIMA RANCH/DAIRY,

      Defendants.                 ORDER
_____/

        On September 9, 2008, defendants filed a request for reconsideration of the magistrate judge's order filed August 26, 2008, granting plaintiff's motions to compel and denying defendants' motion for protective order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

////

////

1

1      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the August 26,
2 2008, order of the magistrate judge is affirmed.  Therefore, pursuant to the magistrate judge's
3 September 17, 2009, order, defendants shall pay the sanction award set forth therein within
4 twenty days of the date of this order.
5 DATED:   September 18, 2009

            /s/ John A. Mendez
            UNITED STATES DISTRICT JUDGE