1  JENNIFER ANNE SCOTT, SBN: 204234
   SETH P. SHAPIRO, SBN: 253882
2  HERUM CRABTREE
   *A California Professional Corporation*
3  2291 West March Lane, Suite B-100
   Stockton, CA  95207
4  Telephone: (209) 472-7700
   Facsimile:  (209) 472-7986
5
   Attorneys for Defendants
6  JACK HAMM and PATRICIA HAMM,
   individually and dba Lima Ranch/Dairy
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  RAYMOND COLDANI, an individual, | Case No: 07-CV-660-JAM-EFB |
| 12          Plaintiff, | **STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER** |
| 13      vs. | **AND ORDER THEREON** |
| 14  JACK HAMM and PATRICIA HAMM, Individually and doing business as LIMA RANCH/DAIRY, | **Judge:   Honorable John A. Mendez** |
| 15 | |
| 16          Defendant. | |

17

18       Defendants, Jack Hamm and Patricia Hamm, individually and dba Lima Ranch/Dairy

19  (collectively "Lima Ranch") and Plaintiff Raymond Coldani ("Coldani") jointly request that the

20  Court modify the scheduling order entered by the Court on February 21, 2008 ("Scheduling

21  Order"), as modified by the Stipulation for Order Extending Time for Supplemental Exchange of

22  Expert Witness Designations and Order Thereon, entered by the Court on August 3, 2009

23  ("Stipulated Order 1"), and as modified by the Stipulation for Order Modifying Scheduling

24  Order and Order Thereon, entered by the Court on August 27, 2009 ("Stipulated Order 2")

25  according to their stipulation set forth below.

26                                       **STIPULATION**

27       The parties, by and through their undersigned counsel, stipulate and agree to modify the

28  Scheduling Order dated February 21, 2008, as modified by the Stipulated Order 1 and the

PDF created with pdfFactory trial version www.pdffactory.com

Stipulated Order 2, in this action as follows:

1. Supplemental or Expert Rebuttal Reports shall be served by February 11, 2010;
2. All discovery shall be completed by March 9, 2010;
3. All dispositive motions shall be filed by April 7, 2010;
4. The last day on which dispositive motions may be heard is May 5, 2010, at 9:00 a.m.;
5. The joint pre-trial statement must be filed with the Court by July 21, 2010;
6. The final pre-trial conference shall be held on July 28, 2010, at 3:00 p.m.;
7. Jury trial shall commence on September 13, 2010, at 9:00 a.m.

DATED:  November 2, 2009                         HERUM CRABTREE
                                                 *A California Professional corporation*

                                                 By  /s/ Jennifer Anne Scott
                                                 JENNIFER ANNE SCOTT
                                                 Attorneys for Defendants
                                                 JACK HAMM and PATRICIA HAMM,
                                                 individually and dba Lima Ranch/Dairy


DATED:  November 2, 2009                         ISOLA LAW GROUP, L.L.P.

                                                 By  /s/ Stephen B. Ardis (as authorized on 11/2/09)
                                                 STEPHEN B. ARDIS
                                                 Attorneys for Plaintiff
                                                 RAYMOND COLDANI

**ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED:  November 2, 2009                         /s/ John A. Mendez
                                                 HONORABLE JOHN A. MENDEZ

2
**STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER
AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com