Jennifer A. Scott, State Bar No. 204234
Seth P. Shapiro, State Bar No. 253882
HERUM CRABTREE
*A California Professional Corporation*
2291 West March Lane, Suite B-100
Stockton, CA 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

Attorneys for Defendants Jack Hamm and
Patricia Hamm, individually and dba Lima Ranch/Dairy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RAYMOND COLDANI, an individual,

Plaintiff,

vs.

JACK HAMM and PATRICIA HAMM, Individually and doing business as LIMA RANCH/DAIRY,

Defendants

Case No.: 07-CV-660-JAM-EFB

**ORDER DENYING DEFENDANTS' MOTION FOR IMPOSITION OF ATTORNEYS' FEES, EXPERT FEES AND COSTS AGAINST ISOLA LAW GROUP WITHOUT PREJUDICE**

**Date**: October 20, 2010
**Time**: 9:30 a.m.
**Courtroom**: 6
**Judge**: Hon. John A. Mendez

**WHEREAS** Defendants Jack Hamm and Patricia Hamm, individually and doing business as Lima Ranch/Dairy's Motion for Imposition of Attorneys' Fees, Expert Fees and Costs against Isola Law Group under 28 U.S.C. Section 1927 came on regularly for hearing before the above-captioned Court on October 20, 2010. David R. Isola appeared on behalf of Plaintiff, Steven Coldani and Jennifer A. Scott appeared on behalf of Defendants, Lima Ranch Dairy and Jack and Patricia Hamm.

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS** the Court acknowledged that Defendants may re-submit this Motion at a later date.

After considering all papers submitted, the arguments of counsel and all other matters presented to this Court, **IT IS HEREBY ORDERED** that the Motion for Imposition of Attorneys' Fees, Expert Fees and Costs against Isola Law Group under 28 U.S.C. Section 1927 **is DENIED without prejudice.**

**IT IS SO ORDERED.**

Dated: October 21, 2010

/s/ John A. Mendez__________
Hon. John A. Mendez, Judge
United States District Court

2

HERUM CRABTREE

ORDER DENYING DEFENDANTS' MOTION FOR IMPOSITION OF ATTORNEYS' FEES, EXPERT FEES AND COSTS AGAINST ISOLA LAW GROUP WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com