Jennifer A. Scott, State Bar No. 204234
Seth P. Shapiro, State Bar No. 253882
HERUM CRABTREE
*A California Professional Corporation*
2291 West March Lane, Suite B-100
Stockton, CA 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

Attorneys for Defendants Jack Hamm and
Patricia Hamm, individually and dba Lima Ranch/Dairy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND COLDANI, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>JACK HAMM and PATRICIA HAMM, Individually and doing business as LIMA RANCH/DAIRY,<br><br>        Defendants | Case No.: 07-CV-660-JAM-EFB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE STEVEN COLDANI, AS TRUSTEE OF THE COLDANI REVOCABLE TRUST FOR RAYMOND COLDANI, DECEASED, AS PLAINTIFF**<br><br>**Date**: October 20, 2010<br>**Time**: 9:30 a.m.<br>**Courtroom**: 6<br>**Judge**: Hon. John A. Mendez |

**WHEREAS** Defendants Jack Hamm and Patricia Hamm, individually and doing business as Lima Ranch/Dairy's Motion to Substitute Steven Coldani, as Trustee of the Coldani Revocable Trust for Raymond Coldani, deceased, as Plaintiff came on regularly for hearing before the above-captioned Court on October 20, 2010. David R. Isola appeared on behalf of Plaintiff, Steven Coldani and Jennifer A. Scott appeared on behalf of Defendants, Lima Ranch Dairy and Jack and Patricia Hamm.

///

///

1

ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE STEVEN COLDANI, AS TRUSTEE OF THE COLDANI REVOCABLE TRUST FOR RAYMOND COLDANI, DECEASED, AS PLAINTIFF

PDF created with pdfFactory trial version www.pdffactory.com

1     After considering all papers submitted, the arguments of counsel and all other matters
2 presented to this Court, **IT IS HEREBY ORDERED** that the motion to substitute Steven
3 Coldani, as Trustee of the Coldani Revocable Trust for Raymond Coldani, deceased, as Plaintiff
4 **is GRANTED.**
5 **IT IS SO ORDERED.**

7 Dated: October 21, 2010

                                     /s/ John A. Mendez
                                     Hon. John A. Mendez, Judge
                                     United States District Court

**ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE STEVEN COLDANI, AS TRUSTEE OF THE COLDANI REVOCABLE TRUST FOR RAYMOND COLDANI, DECEASED, AS PLAINTIFF**

PDF created with pdfFactory trial version www.pdffactory.com